Office of the Clerk
**United States District Court**
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

FILED
17 SEP 14 AM 11: 26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND



NEOPOST 09/12/2017 FIRST-CLASS MAIL
US POSTAGE $000.46
ZIP 44113
041L11256002

Yuri Lima, Officer/Principal of LIG
423 NE 23rd Street, Unit 606
Miami, FL 33137

1868

33137*5069 C071
44113>1829

441 NF2 1   317I0009/12/17
RETURN TO SENDER
LIMA YURI
1040 BISCAYNE BLVD APT 1607
MIAMI FL 33132-1725

RETURN TO SENDER