IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES EVERETT SHELTON | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:17-cv 01868 |
| v. | ) |
| | ) |
| LIG INTERNATIONAL, LLC, et. al | ) |
| | ) |
| Defendants | ) |
| | ) |

**PROPOSED ORDER:**

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff is directed to register for an ECF account for this case with the Clerk of Court. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case.

Dated: _____

BY THE COURT:

_____

Honorable Jonathan D. Greenberg