UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | ) | CASE NO. 1:17CV01868 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| LIG INTERNATIONAL, LLC, et al, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |
| | ) | |

On December 11, 2017, Plaintiff James Everett Shelton filed a Motion For Permission to Use ECF/Efiling. (Doc. No. 10.) Plaintiff's Motion is GRANTED. *See* Electronic Filing Policies and Procedures Manual (October 4, 2017) and LR 5.1.

Plaintiff submitted a *Pro Se Applicant Electronic Filing Registration Form* as an attachment to his Motion. (Doc. No. 10-2.) By registering to file documents electronically in this case, Plaintiff agrees to abide by all Court rules, orders, policies, and procedures pertaining to the use of the Court's electronic filing system and consents to receive notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system.

Permission to file electronically is limited to this case only, and may be revoked at any

time the Court deems necessary.

       **IT IS SO ORDERED**.


Date:  <u>December 14, 2017</u>                <u>s/ *Jonathan D. Greenberg*</u>
                                                        JONATHAN D. GREENBERG
                                                        U.S. MAGISTRATE JUDGE