James Everett Shelton
11420 Hessler Road Apt 2
Cleveland, OH 44106
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JAMES EVERETT SHELTON** | No. 1:17-cv-01868 |
| **Plaintiff** | Honorable Donald C. Nugent |
| v. | |
| **LIG INTERNATIONAL LLC &** | |
| **YURI LIMA** | |
| **Defendants** | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action with prejudice with respect to all Defendants.

*James E. Shelton*

JAMES E. SHELTON
11420 Hessler Road Apt 2
Cleveland, OH 44106
(484) 626-3942
Jeshelton595@gmail.com
Plaintiff